IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **STANDARD INSURANCE COMPANY** | ) | |
| | ) | |
| *Plaintiff* | ) | Case No. 3:13-cv-00294 |
| | ) | |
| *vs.* | ) | Judge Thomas M. Rose |
| | ) | |
| **SHARON K. BERRIDGE, individually; B.T.B.** | ) | Magistrate Judge Michael R. Merz |
| **(A Minor) and R.N.B. (A Minor), through their** | ) | |
| **Next Friend and Mother Sharon K. Berridge;** | ) | |
| **and RITA K. THOMASON** | ) | |
| | ) | |
| *Defendants* | ) | |

## ORDER

This matter comes before the Court in relation to Plaintiff's Motion for Default Judgment against Sharon K. Berridge.  IT IS HEREBY ORDERED:

1. The Court finds that Standard Insurance Company's ("Standard") decision to pay the life insurance benefits ("Plan Benefits") payable due to the death of Noel J. Berridge under Group Life Insurance Policy No. 647267-A (the "Plan"), to Rita K. Thomason was reasonable, and not arbitrary and capricious.

2. The Court finds that Sharon K. Berridge is not entitled to payment of the Plan Benefits from Standard.

3. Sharon K. Berridge is enjoined and restrained from instituting any lawsuit, or any claim in her existing state court action, against Standard and/or the Plan for a declaration of rights to or payment of the Plan Benefits, or for damages arising out of Standard's payment of the Plan Benefits to Rita K. Thomason.

4. Standard owes no liability or obligation to Sharon K. Berridge with respect to the Plan, Noel J. Berridge's coverage under the Plan, and the payment of the Plan Benefits.

5. Standard shall not seek Attorney Fees from Sharon K. Berridge.

Date: April 17, 2014                              *s/Thomas M. Rose*
                                                  _____
                                                  UNITED STATES DISTRICT JUDGE