IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | | |
|---|---|---|
| STANDARD INSURANCE COMPANY | * | Case No. 13-CV-00294 |
| Plaintiff | * | Judge Thomas M. Rose |
| -vs- | * | Magistrate Judge Michael R. Merz |
| SHARON K. BERRIDGE, individually; B.T.B. (a minor) and R.N.B. (a minor), through their Next Friend and Mother, Sharon K. Berridge; and RITA K. THOMASON | * | <u>ORDER AND TERMINATION ENTRY</u> |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

This matter comes before the Court in relation to Defendant/Cross Complainant, Rita K. Thomason's Motion for Default Judgment against Sharon K. Berridge, individually and as legal guardian of B.T.B. and R.N.B., collectively and individually.  IT IS HEREBY ORDERED:

1. The court finds that Standard Insurance Company's ("Standard") decision to pay the life insurance benefits ("Plan Benefits") payable due to the death of Noel J. Berridge under Group Life Insurance Policy No. 647267-A (the "Plan"), to Rita K. Thomason was reasonable, and not arbitrary and capricious.

2. The court finds that Sharon K. Berridge, individually and as legal guardian of B.T.B. and R.N.B., collectively and individually, is not entitled to payment of the Plan Benefits from Standard or Defendant/Cross Complainant Thomason.

3. Sharon K. Berridge, individually and as legal guardian of B.T.B. and R.N.B., collectively and individually, is enjoined and restrained from instituting any lawsuit, or any claim in the State Court Action, against Defendant Thomason for payment or reimbursement of the funds received from Standard by Defendant Thomason.

4. Defendant/Cross Complainant Thomason owes no liability or obligation to Sharon K. Berridge, individually and as legal guardian of B.T.B. and R.N.B., collectively and individually, with respect to payment of said insurance benefits to her pursuant to the Plan payment by Standard.

5. Defendant/Cross Complainant Thomason shall not seek attorney fees from Sharon K. Berridge, individually and as legal guardian of B.T.B. and R.N.B., collectively and individually.

Since the instant entry resolves the last of the pending claims in this case, the captioned cause is hereby **TERMINATED** upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

SO ORDERED:

Date:   April 28, 2014

*s/ Thomas M. Rose*
United States District Judge